IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

SCOTT MATTHEW MALONE                                                          PLAINTIFF

V.                                                                    NO. 3:15CV00096-JMV

COMMISSIONER OF SOCIAL SECURITY                                               DEFENDANT

## FINAL JUDGMENT

This cause is before the Court on Plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration denying claims for a period of disability and disability insurance benefits. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Fifth Circuit.

Consistent with the Memorandum Opinion entered this day, the decision of the Commissioner of Social Security is **REVERSED**, and this case is hereby remanded for an award of benefits with disability being established as of October 30, 1999. The Commissioner may conduct any proceedings not inconsistent with the Opinion and Judgment of the Court.

**SO ORDERED AND ADJUDGED** this, the 3rd day of May, 2016.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE